# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The Orlando Reservoir No. 2 Company, LLC | ) | Case No. 23-13178 KHT |
| Tax ID / EIN: 20-2774525 | ) | Chapter 11 |
| Debtor. | ) | |

___

## NOTICE OF UNITED STATES TRUSTEE'S
## MOTION TO DISMISS

**OBJECTION DEADLINE: March 27, 2024**

**YOU ARE HEREBY NOTIFIED** that the United States Trustee has filed a Motion to Dismiss under 11 U.S.C. § 1112(b) with the bankruptcy court and requests dismissal of this case, as is in the best interests of creditors and the estate.

If you desire to oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

Dated: March 6, 2025.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ R. Samuel Boughner
By: R. Samuel Boughner, #AR2010272
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7252
(303) 312-7259 fax
Samuel.Boughner@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE,** the **NOTICE,** and **PROPOSED ORDER,** were mailed, postage prepaid, or alternatively, service was provided through the CM/ECF system, on the date set forth below to the following persons and addresses.

The Orlando Reservoir No. 2 Company, LLC
4400 N. Scottsdale Road, Ste. 9-289
Scottsdale, AZ 85251

Kelsey Jamie Buechler
999 18th St., Ste. 1230 S
Denver, CO 80202

John McKowen
335 A. Josephine St.
Denver, CO 80206

Scott A. Meiklejohn, via CM/ECF

Jordan O'Connell, via CM/ECF

Morgan Stanely, via CM/ECF

Jennifer M. Salisbury, via CM/ECF

Matthew T. Faga, via CM/ECF

Jennifer M. McCallum, via CM/ECF

Deanna L. Westfall, via CM/ECF

David M. Miller, via CM/ECF

Joli A. Lofstedt, via CM/ECF

## 2002-1 Certificate of Service

    The UST has requested that the foregoing Notice be mailed by the Clerk of Court, through the Bankruptcy Notice Center, on Creditors and parties in interest on the Court's Creditor Address Mailing Matrix for this case.

Dated: March 6, 2025.

/s/ R. Samuel Boughner
Office of the United States Trustee

3