## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| THE ORLANDO RESERVOIR NO 2 COMPANY, LLC | ) ) | Case No. 23-13178-KHT |
| EIN: 20-2774525 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

      I, Joli A. Lofstedt, having been appointed trustee of the estate of the above named debtor, report I collected funds totaling: $0.00.  On April 15, 2025, the case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a) on October 28, 2024, the Court entered an order allowing final compensation of $8,050.00 and expenses of $160.07 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Dated: April 22, 2025.
                                                */s/ Joli A. Lofstedt*
                                                Joli A. Lofstedt, Trustee
                                                P.O. Box 270561
                                                Louisville, CO  80027
                                                Ph: (303) 476-6915
                                                Fx: (303) 604-2964
                                                joli@jaltrustee.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR C**